# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON CORPORATION, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,

Appellant,

vs.

SFR INVESTMENTS POOL 1, LLC, NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 74409

FILED

JUL 24 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

18-28218

cc: Hon. Joseph Hardy, Jr., District Judge
Janet Trost, Settlement Judge
Ballard Spahr LLP/Las Vegas
Kim Gilbert Ebron
Eighth District Court Clerk